UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL TALBERT, ET AL | CIVIL ACTION |
| VERSUS | NO. 08-1532 |
| ASSOCIATED TERMINALS OF ST. BERNARD, L.L.C., ET AL | SECTION "C" (5) |

## ORDER AND REASONS

IT IS ORDERED that the motion for partial summary judgment filed by the plaintiffs, Carl Talbert, Franklin Jacobs and Nathan Assavedo, Jr. is GRANTED insofar as the issues of Jones Act status, negligence and unseaworthiness have been stipulated. (Rec. Doc. 47; 50). As it pertains to insurance coverage, the motion is PARTIALLY GRANTED and PARTIALLY DENIED without prejudice. (Rec. Doc. 50). It is undisputed that State National Insurance Company issued an insurance policy to Associated Terminals of St. Bernard, L.L.C. However, the amount of damages recoverable under the policy is disputed.

New Orleans, Louisiana, this 20th day of November, 2009.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE